| Phillips Purchase Order Date | Phillips Purchase Order No. | Janz Invoice Date | Janz Invoice No. | QTY | Customer | Contract # | Amount |
|---|---|---|---|---|---|---|---|
| 4/17/2014 | 1014 | 5/8/2014 | 1180 | 1 | USCG Air Station Miami, 14750 NW 44th CT OPA Locka, FL 33054 | GSA/VA #V797P-4232B | $9,158.67 |
| 6/25/2014 | 1061 | 7/17/2014 | 1321 | 3 | USCG Air Station Elizabeth City, Hanger 55, Elizabeth, City 27909 | HSCG27-14-F-5PD537 / GSA | $16,406.22 |
| 9/4/2014 | 1144 | 10/1/2014 | 1640 | 32 | 18th ABN Corps 0018 HQ CPS CO Rear Equip BLDG 1138C Macomb and Hamilton ST, Fort Bragg, NC 28310 | 783842 | $99,690.24 |
| 2/13/2015 | 1252 A | 4/21/2015 | 2027 | 6 | NWSDG 1636 Regulus Ave, BLDG. 301 VA Beach, 23461 | H92244-15-P-0186 | $48,145.20 |
| 4/30/2015 | 1326A | 8/11/2015 | 3134 | 4 | Department of Veterns Affairs Atlanta VA Medical Center, ATTN: Equipment/Bio/micu, 1670 Clairmon Road, Decatur, GA 30033 | VA247-15-Q-0403 | $18,877.52 |
| 6/11/2015 | 1367 | 6/30/2015 | 2880/2922 | 10 | New York Air National Guard 150 Riverside Road, Bldg 250 Westhampton Beach, NY 11978 | W912PQ-15-F-0093 | $37,898.80 |
| 6/25/2015 | 1383 | 10/23/2015 | 3009 | 2 | USCG Air Station Miami, 14750 NW 44th CT OPA Locka, FL 33054 | HSCG28-15-P-7AA564 | $11,405.60 |
| 9/18/2015 | 1539A | 10/23/2015 | 3676 | 2 | USCG Air Station Atlantic City, NJ, FAA Tech Center, Egg Harbor Township, NJ 08234 | HSCG27-15-F-5PT430 | $11,405.60 |
| 9/18/2015 | 1538A | 10/26/2015 | 3686/3687 | 5 | USSS DC, 245 Murray Drive, SW Washington, DC 20223 | HSSS01-15-J-0281 | $27,342.20 |
| 9/18/2015 | 1540A | 10/23/2015 | 3675 | 10 | New York Air National Guard 150 Riverside Road, Bldg 250 Westhampton Beach, NY 11978 | W912PQ-15-F-0093 | $71,452.28 |
| 4/27/2016 | 1965 | 5/4/2016 | 4806 | 1 | AFMOA SGSLW FM9133, 601 Davy Crockett RD, BLDG 1534, Bay A San Antonio, TX 78226 | SPE2D1-15-D-0008(0291) | $6,920.59 |
| 4/28/2016 | 1968 | 5/4/2016 | 4801 | 1 | AFMOA SGSLW FM9133, 601 Davy Crockett RD, BLDG 1534, Bay A San Antonio, TX 78226 | SPE2D1-15-D-0008(0299) | $6,974.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/6/2016 | 2019 | 5/17/2016 | 4888 | 1 | AFMOA SGSLW FM9133, 601 Davy Crockett RD, BLDG 1534, Bay A San Antonio, TX 78226 | SPE2D1-15-D-0008(0330) | $6,974.50 |
| 5/18/2016 | 2073A | 8/2/2016 | 5507 | 2 | USCG Air Station Traverse City, 1175 Airport Access Rd, Tarverse City, MI 49686 | HSCG30-16-P-C62429 | $14,556.40 |
| 5/31/2016 | 2117 | 7/29/2016 | 5500 | 14 | Southern AZ VA Healthcare System, VA Tucson 3601 S. 6th Ave, Tucson, AZ, 85723 | 678-A60078 | $67,887.68 |
| 6/2/2016 | 2123 | | | 1 | AFMOA SGSLW FM9133, 601 Davy Crockett RD, BLDG 1534, Bay A San Antonio, TX 78226 | | |
| 6/7/2016 | 2134 | 8/3/2016 | 5526 | 2 | AFMOA SGSLW FM9133, 601 Davy Crockett RD, BLDG 1534, Bay A San Antonio, TX 78226 | SPE2D1-15-D-0008 (0424) | $13,949.00 |
| 6/8/2016 | 2148 | 8/3/2016 | 5527 | 1 | AFMOA SGSLW FM9133, 601 Davy Crockett RD, BLDG 1534, Bay A San Antonio, TX 78226 | SPE2D1-15-D-0008 (0439) | $6,974.50 |
| 7/12/2016 | 2278 | 8/5/2016 | 5542 | 5 | 4th BN 3d SFG Z-4157 South Post Rd Fort Bragg, NC 28310 | H92244-16-P-0364 | $41,078.00 |
| 7/21/2016 | 2314 | 8/26/2016 | 5794 | 2 | AFMOA SGSLW FM9133, 601 Davy Crockett RD, BLDG 1534, Bay A San Antonio, TX 78226 | SPE2D1-15-D-0008 (2126) | $13,949.00 |
| 9/6/2016 | 2596A | 10/11/2016 | 6264/6300 | 1 | USCG/SFO Port Angeles, 1 Ediz Hook Rd, Port Angeles, WA 98363 | HSCG33-16 J-SPSME7 | $9,426.37 |
| 9/29/2016 | 2848 | 10/24/2016 | 6362 | 2 | AFMOA SGSLW FM9133, 601 Davy Crockett RD, BLDG 1534, Bay A San Antonio, TX 78226 | SPE2D1-15-D-0008 (1089) | $13,949.00 |
| 1/30/2017 | 3283 | 2/2/2017 | 7059 | 5 | Naval Hospital Materials Management Dept. 100 Brewster Boulavard Camp Lejuene, 28547 | SPE2D1-15-D-0008 (1377) | $7,183.65 |
| 3/24/2017 | 3551 | 4/24/2017 | 7779 | 1 | AFMOA SGSLW FM9133, 601 Davy Crockett RD, BLDG 1534, Bay A San Antonio, TX 78226 | SPE2D1-15-D-0008 (1712) | $7,404.88 |
| 4/4/2017 | 3622 | 7/12/2017 | 8552 | 2 | Buffalo VA Medical Center, 3495 Bailey Ave. Buffalo, NY 14215 | 528-A70521 | $15,344.92 |
| 4/6/2017 | 3644 | 5/8/2017 | 7889 | 1 | AFMOA SGSLW FM9133, 601 Davy Crockett RD, BLDG 1534, Bay A San Antonio, TX 78226 | SPE2D1-15-D-0008 (1761) | $7,404.88 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/10/2017 | 3673 | 6/27/2017 | 8309 | 3 | USCG Air StationCorpus Christi, USCG Finance Center Chesapeake, VA 23327 | HCG29-17-J-8AS309 | $14,246.55 |
| 4/17/2017 | 3725 | 6/2/2017 | 8102 | 2 | USCG Air StationCape Cod USCG Finance Center Chesapeake, VA 23327 | HCG52-17-1SA329 | $14,556.40 |
| 6/21/2017 | 4195 | 7/10/2017 | 8522 | 6 | AFMOA SGSLW FM9133, 601 Davy Crockett RD, BLDG 1534, Bay A San Antonio, TX 78226 | SPE2D1-15-D-0008 (2126) | $54,952.02 |
| 6/21/2017 | 4196 | 7/19/2017 | 8608 | 12 | AFMOA SGSLW FM9133, 601 Davy Crockett RD, BLDG 1534, Bay A San Antonio, TX 78226 | SPE2D1-15-D-0008 (2164) | $109,904.04 |
| 6/21/2017 | 4200 | 7/19/2017 | 8609 | 3 | AFMOA SGSLW FM9133, 601 Davy Crockett RD, BLDG 1534, Bay A San Antonio, TX 78226 | SPE2D1-15-D-0008 (2189) | $27,476.01 |
| 6/21/2017 | 4201 | 7/19/2017 | 8610 | 9 | AFMOA SGSLW FM9133, 601 Davy Crockett RD, BLDG 1534, Bay A San Antonio, TX 78226 | SPE2D1-15-D-0008 (2226) | $82,428.03 |
| 10/18/2018 | 7625A | 12/31/2018 | 13807 | 3 | AFMOA SGSLW FM9133, 601 Davy Crockett RD, BLDG 1534, Bay A San Antonio, TX 78226 | SPE2D-15-D-F0363 | $22,740.57 |
| | Total QTY | | | 155 | | | |
| | Total Dollar | | | | | | $918,063.82 |